## Commonwealth ex rel. Nowakowski, Appellant, v. Maroney.

Submitted November 17, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Edward John Nowakowski,* appellant, in propria persona.

*Richard V. Scarpitti,* Assistant District Attorney, and *Herbert J. Johnson, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1960:

The order of the court below is affirmed on the opinion of President Judge ROBERTS, specially presiding in the Court of Common Pleas of Erie County, as reported in 22 Pa. D. & C. 2d 600.